UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIE SMITH,<br><br>                     Plaintiff,<br><br>        -against-<br><br>C.O. BANKS; CPT. ALEXIS; CPT. KELLY; CPT. SMART,<br><br>                     Defendants. | 21-CV-6178 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 7, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed prisoner authorization or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 7, 2021
         New York, New York

                                                              /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              Chief United States District Judge